partment. November 15, 1899.) Action by Robert E. Martin against Orlando Beede. No opinion. Judgment affirmed, with costs.

MASURY v. MASURY. (Supreme Court, Appellate Division, First Department. December 15, 1899.) Action by Helen F. Masury against John M. Masury. No opinion. Motion granted, with $10 costs.

In re MATTHEWS. (Supreme Court, Appellate Division, Second Department. November 21, 1899.) In the matter of Joseph Greene Matthews. No opinion. Report of referee confirmed.

In re MAYOR, ETC., OF CITY OF NEW YORK. In re ELM ST. (Supreme Court, Appellate Division, First Department. December 22, 1899.) In the matter of the mayor, aldermen, and commonalty of the city of New York. In the matter of Elm street. G. L. Sterling, for appellant. G. E. P. Howard, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

MEARNS, Respondent, v. NASSAU ELECTRIC R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. December 5, 1899.) Action by George G. Mearns against the Nassau Electric Railroad Company. No opinion. Judgment and order unanimously affirmed, with costs.

In re MEHRHOF. (Supreme Court, Appellate Division, First Department. November 24, 1899.) In the matter of Hester A. Mehrhof. F. Kurtzman, for appellant. F. M. Avery, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

MERICAN, Respondent, v. METROPOLITAN ST. RY. CO., Appellant. (City Court of New York, General Term. December 27, 1899.) Action by Abraham Merican against the Metropolitan Street-Railway Company. From a judgment for plaintiff, and from an order denying a motion for a new trial, defendant appeals. Affirmed. Henry A. Robinson, for appellant. Max Altmayer, for respondent.

SCHUCHMAN, J. Appeal from a judgment in favor of the plaintiff on a verdict rendered by a jury, and from an order denying defendant's motion for a new trial. The action is brought to recover damages for personal injuries sustained by plaintiff in alighting from one of defendant's cars. The only point made in the appellant's brief is that the verdict is against the weight of evidence. We maintain that the verdict is not against the weight of evidence. Judgment and order appealed from affirmed, with costs.

O'DWYER, J., concurs.

MEYER, Respondent, v. STEVENS, Appellant. (Supreme Court, Appellate Division, Second Department. December 5, 1899.) Action by Jorgen F. H. Meyer against Harry M. Stevens. No opinion. Judgment of the municipal court affirmed, with costs.

MEYER SNIFFEN CO. v. YOUMANS. (Supreme Court, Appellate Division, First Department. December 15, 1899.) Action by the Meyer Sniffen Company against Edgar W. Youmans. No opinion. Motion granted, with $10 costs.

MOLLINEAUX et al., Appellants, v. MOTT, Respondent. (Supreme Court, Appellate Division, Second Department. November 21, 1899.) Action by William R. Mollineaux and another against George A. Mott. No opinion. Judgment affirmed, with costs. Order denying 'motion to set aside report of referee affirmed, with $10 costs and disbursements.

MORSE, Respondent, v. PRESS PUB. CO., Appellant. (Supreme Court, Appellate Division, First Department. November 24, 1899.) Action by Mary K. Morse against the Press Publishing Company. J. W. Gerard, Jr., for appellant. C. E. Bell, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

MORSE v. PRESS PUB. CO. (Supreme Court, Appellate Division, First Department. December 15, 1899.) Action by Mary K. Morse against the Press Publishing Company. No opinion. Motion denied.

In re MORTON TRUST CO. (Supreme Court, Appellate Division, First Department. November 17, 1899.) In the matter of the Morton Trust Company. No opinion. Application dismissed.

MULFORD v. CRAM et al. (Supreme Court, Appellate Division, First Department. December 8, 1899.) Action by Charles Mulford against J. Sergeant Cram and others. No opinion. Motion granted, with $10 costs.

MURPHY, Appellant, v. BROOKLYN, Q. C. & S. R. CO., Respondent. (Supreme Court, Appellate Division, Second Department. December 5, 1899.) Action by Margaret Murphy against the Brooklyn, Queens County & Suburban Railroad Company. No opinion. Judgment and order unanimously affirmed, with costs.

In re MURPHY'S WILL. (Supreme Court, Appellate Division, Fourth Department. June, 1899.) In the matter of the revocation of the will of Julia Murphy, deceased. No opinion. The order having been settled by Mr. Justice SPRING, after hearing the parties and the issues stated therein, the order so settling the issues is filed with the clerk. See 58 N. Y. Supp. 450, 1145.

In re MYERS. (Supreme Court, Appellate Division, Fourth Department. November 22, 1899.) In the matter of the petition of Theodore W. Myers. No opinion. Order affirmed, with $10 costs and disbursements.

NATHAN, Respondent, v. METROPOLITAN ST. RY. CO., Appellant. (Supreme Court, Appellate Term. December 28, 1899.) Action by Joshua A. Nathan against the Metropolitan